IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

**FILED**

OCT 01 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ EKW _____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. **CR 24-436 G** |
| -vs- | ) | |
| | ) | |
| MARIELLE SMITH, | ) | Violation:    21 U.S.C. § 846 |
| a/k/a Toon, | ) | |
| a/k/a Trey, | ) | |
| a/k/a Way, | ) | |
| a/k/a Sumo, | ) | |
| LASASHA JOHNSON, | ) | |
| a/k/a Angel Eyes, | ) | |
| a/k/a Sasha Love, | ) | |
| LANADIA LEWIS, | ) | |
| AMBER EARP, | ) | |
| ASHLEY LAW, | ) | |
| SHACRONIC BATISE, | ) | |
| SERRICA GOLDSBY, | ) | |
| LEAH MELROSE, | ) | |
| SHAQUAN MILES, | ) | |
| BRIDGETTE HUDGENS, | ) | |
| a/k/a Bridgette McGaha, | ) | |
| SHELBY MOSES, | ) | |
| a/k/a Shelby Gatwood, | ) | |
| a/k/a Shelby Gatwood-Moses, | ) | |
| AMANDA LeFEBRE, | ) | |
| a/k/a Amanda Dawson, | ) | |
| a/k/a Amanda Marshall, | ) | |
| JOSEPH ZDYB, | ) | |
| a/k/a Joseph Suarez, | ) | |
| a/k/a Puerto Rico, | ) | |
| SHAIVE WILLIS, | ) | |
| OLIVIA McIVER, and | ) | |
| AUDREY LASSITER, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
### (Drug Conspiracy)

From in or about June 2022, the exact date being unknown to the Grand Jury, through on or about September 30, 2024, in the Western District of Oklahoma and elsewhere,

------------------------------------- **MARIELLE SMITH,**
       **a/k/a Toon,**
       **a/k/a Trey,**
       **a/k/a Way,**
       **a/k/a Sumo,**
**LASASHA JOHNSON,**
       **a/k/a Angel Eyes,**
       **a/k/a Sasha Love,**
**LANADIA LEWIS,**
**AMBER EARP,**
**ASHLEY LAW,**
**SHACRONIC BATISE,**
**SERRICA GOLDSBY,**
**LEAH MELROSE,**
**SHAQUAN MILES,**
**BRIDGETTE HUDGENS,**
       **a/k/a Bridgette McGaha,**
**SHELBY MOSES,**
       **a/k/a Shelby Gatwood,**
       **a/k/a Shelby Gatwood-Moses,**
**AMANDA LeFEBRE,**
       **a/k/a Amanda Dawson,**
       **a/k/a Amanda Marshall,**
**JOSEPH ZDYB,**
       **a/k/a Joseph Suarez,**
       **a/k/a Puerto Rico,**
**SHAIVE WILLIS,**
**OLIVIA McIVER, and**
**AUDREY LASSITER** ----------------------------------------

2

knowingly and intentionally conspired, combined, confederated, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute controlled substances, including 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1–(2–phenylethyl)–4–piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and five kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## MANNER AND MEANS OF THE CONSPIRACY

The objects of the conspiracy were accomplished by the following means, among others:

1.      During the period of the conspiracy, **MARIELLE SMITH** used contraband cellphones to run a drug-trafficking organization (the Smith DTO) while incarcerated within the Oklahoma Department of Corrections (DOC).  Several of these contraband cellphones were seized during the course of the investigation into the Smith DTO.  **MARIELLE SMITH** used these contraband cellphones to direct the acquisition of controlled substances, including methamphetamine, fentanyl and cocaine, and the subsequent distribution of those controlled substances throughout the Western District of Oklahoma and elsewhere.

3

2.    Because **MARIELLE SMITH** was incarcerated during the course of the conspiracy, he necessarily utilized non-incarcerated coconspirators to carry out the day-to-day operations of the Smith DTO. The Smith DTO typically acquired drugs from sources of supply located in California and Arizona. **MARIELLE SMITH** directed several members of the Smith DTO to California and Arizona to pick up these drugs, including **LASASHA JOHNSON, AMBER EARP, SHACRONIC BATISE, SERRICA GOLDSBY, BRIDGETTE HUDGENS, SHELBY MOSES, AMANDA LeFEBRE, OLIVIA McIVER, AUDREY LASSITER**, and others. Law enforcement intercepted and seized drugs from several members of the Smith DTO after the drugs were acquired in either California or Arizona. For example:

    a.    On September 16, 2023, **SHACRONIC BATISE** and **SERRICA GOLDSBY** were stopped in Arizona with approximately 19 kilograms of fentanyl (approximately 180,000 pills) and a loaded firearm.

    b.    In mid-February 2024, **SHELBY MOSES** and **BRIDGETTE HUDGENS** rented two vehicles and drove in tandem to California to pick up methamphetamine. After picking up the methamphetamine, **BRIDGETTE HUDGENS** met **AMANDA LeFEBRE** to assist with transporting the methamphetamine back to Oklahoma. On February 15, 2024, **SHELBY MOSES** was stopped in Oklahoma with approximately two kilograms of methamphetamine inside her vehicle. On February 16, 2024, **AMANDA LeFEBRE** and **BRIDGETTE HUDGENS** were also stopped in

Oklahoma with approximately 37 kilograms of methamphetamine and a firearm.

    c.     On May 20, 2024, **OLIVIA McIVER** and **AUDREY LASSITER** were stopped in California with more than 17 kilograms of methamphetamine and nearly $5,000.

3.    Once the drugs reached Oklahoma, **MARIELLE SMITH** used a network of coconspirators to distribute them, including **LASASHA JOHNSON, ASHLEY LAW, JOSEPH ZDYB, SHAIVE WILLIS, SHAQUAN MILES**, and others. Prior to being distributed, the drugs were stored at stash houses maintained by coconspirators, including at 2224 N. Miramar Blvd. in Oklahoma City (**ASHLEY LAW's** residence). On June 13, 2023, **ASHLEY LAW** was stopped after leaving this residence with approximately 2,400 grams of fentanyl (approximately 21,880 pills).

4.    After the drugs were sold, the drug proceeds were delivered to other Smith DTO associates, including **LASASHA JOHNSON, LEAH MELROSE**, and **LANADIA LEWIS**, for further use by the organization. At times, **LASASHA JOHNSON, LEAH MELROSE**, and **LANADIA LEWIS** delivered these proceeds to other members of the Smith DTO for the acquisition of additional drugs from sources of supply in California and Arizona. For example, in September 2023, **AMBER EARP** picked up approximately $140,000 of drug proceeds from **LANADIA LEWIS**, which she then delivered to a coconspirator in California associated with the Smith DTO's source of supply.

5.    Members of the Smith DTO, including **LASASHA JOHNSON** and **ASHLEY LAW**, routinely laundered thousands of dollars' worth of drug proceeds through local Oklahoma casinos to avoid law enforcement detection. **MARIELLE SMITH** further directed members of the Smith DTO, including **JOSEPH ZDYB**, to transfer drug proceeds across various financial accounts, all for the benefit of **MARIELLE SMITH** and the Smith DTO.

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

STEPHEN C. HOCH
JASON M. HARLEY
Assistant United States Attorneys