# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

**G**

**CR 24-436**

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: **CR 24-436**

Charging Document: **Indictment**   No. of Defendants: **16**   Total No. of Counts: **1**   Sealed: Y ☑   N ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☑ N ☐   McGirt: Y ☐ N ☑   Warrant ☑   Summons ☐   Notice ☐

Companion Case No. (if any): _____

## DEFENDANT INFORMATION:
By: **DR**

OCT 0 1 2024

| | |
|---|---|
| Name: **OLIVIA McIVER** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 2003 | SSN: XXX-XX-4407 | Race: Black | Interpreter: Y ☐ N ☑ |
| Sex: M ☐ F ☑ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**

☑ Not in Custody   ☑ Detention Requested
☐ Type of Bond: _____
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

Complaint: Y ☐ N ☑
Magistrate Judge Case No.: MJ-
Previously Detained: Y ☐ N ☑

## ATTORNEY/AGENCY INFORMATION:

☐ Public Defender   Name: _____
☐ CJA Panel         Address: _____
☐ Retained          Phone: _____

AUSA: **Jason M. Harley**
Agent/Agency: **DEA**
Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Drug Conspiracy | 21 U.S.C. § 841(b)(1)(A) – NLT 10 years and NMT Life imprisonment; $10,000,000 fine, or both; NLT 5 years S/R; $100 S/A |

# RECEIVED
OCT 0 1 2024
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

**Signature of AUSA:** s/ Jason M. Harley       **Date:** 10/01/2024

1/22